**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED | : |
|   RESTAURANTS LLC, | |
| BASKIN-ROBBINS FRANCHISED | : |
|   SHOPS LLC, | |
| DD IP HOLDER LLC and | : |
| BR IP HOLDER LLC, | |
| | : |
|        Plaintiffs, | |
| | : Case No. 08-CV-00217 (RWS) |
|     v. | |
| | : |
| INNER CITY DOUGH, INC., | |
| SOUTH BRONX INNER CITY DOUGH, INC., | : |
| TRIPLE J 3 DONUTS, INC., | |
| URBAN CITY DOUGH, INC. and | : |
| NANCY DAVIS, | |
| | : |
|       Defendants. | |
| | : |

-----------------------------------------------------------

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Federal Rule 7.1, Plaintiffs Dunkin' Donuts Franchised Restaurants LLC, DD IP Holder LLC, Baskin-Robbins Franchised Shops LLC and BR IP Holder LLC make the following statement identifying all their parent corporations, and listing any publicly held company that owns 10% or more of their stock:

Corporate affiliations.

Plaintiff Dunkin' Donuts Franchised Restaurants LLC, a Delaware limited liability company, operates a franchise system under the trade name "Dunkin' Donuts." All Dunkin' Donuts franchise agreements dated prior to May 26, 2006 have been assigned to Dunkin' Donuts Franchised Restaurants LLC. Dunkin' Donuts Franchised Restaurants LLC is a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc. DD IP Holder LLC, a Delaware limited liability company, is a

wholly owned subsidiary of Dunkin' Donuts Brands, Inc., and owns all of the Dunkin' Donuts trademarks. Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Baskin-Robbins Franchised Shops LLC, a Delaware limited liability company, operates a franchise system under the trade name "Baskin-Robbins." All Baskin-Robbins franchise agreements dated prior to May 26, 2006 have been assigned to Baskin-Robbins Franchised Shops LLC. .Baskin-Robbins Franchised Shops LLC is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc.    BR IP Holder LLC, a Delaware limited liability company, is an indirect wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned subsidiary of Dunkin' Brands Holdings, Inc., and owns all of the Baskin-Robbins U.S. trademarks

Plaintiffs are unaware of any publicly held company that owns 10% or more of an ownership interest in them. Plaintiffs are also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

Dated: January 10, 2008

Respectfully submitted,

/s/ Ronald D. Degen
**RONALD D. DEGEN** (RD 7808)
SCOTT G. GOLDFINGER (SG 9219)
KRISTIN M. LASHER (KL 0614)
O'ROURKE & DEGEN, PLLC
Attorneys for Plaintiffs
225 Broadway, Suite 715
New York, New York 10007
Tel:    (212) 227-4530
Fax:    (212) 212-385-9813
E-mail:rdegen@odlegal.com