## United States District Court Southern District of New York

DUNKIN; DONUTS FRANCHISED RESTAURANTS, LLC
BASKIN-ROBBINS FRANCHISED SHOPS LLC
DD IP HOLDER LLC and BR IP HOLDER LLC
                Plaintiffs,

V.                                         Case No. 08 CV 0217
                                                Judge Sweet

INNER CITY DOUGH, INC., et al
                Defendants,

---

State of New York
County of Saratoga:
     The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on January 14th   2008  2:00  PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the;

Summons, complaint, Individual practices of Judge Robert W. Sweet, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** Inner City Dough, Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white    Hair Color: dark    Age (Approx.) 54
Height (Approx.)  5' 1" Weight (Approx.)  110  Other identifying features: Glasses

Sworn to before me this
14th day of January 2008

                                                                             Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

<u>United States District Court Southern District of New York</u>

DUNKIN; DONUTS FRANCHISED RESTAURANTS, LLC
BASKIN-ROBBINS FRANCHISED SHOPS LLC
DD IP HOLDER LLC and BR IP HOLDER LLC
                Plaintiffs,

V.                                      Case No. 08 CV 0217
                                       Judge Sweet

INNER CITY DOUGH, INC., et al
                Defendants,

State of New York
County of Saratoga:
      The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on January 14th  2008  2:00 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the;

Summons, complaint, Individual practices of Judge Robert W. Sweet, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** South Bronx Inner City Dough, Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207, two copies thereof and that at the time of making such service, deponent paid Secretary of  State a fee of  forty dollars.  That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex:  female   Skin Color: white    Hair Color: dark    Age (Approx.) 54
Height (Approx.) 5' 1" Weight (Approx.) 110  Other identifying features: Glasses

Sworn to before me this
14th day of January 2008

_____
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

                                                                                         Sara Grice

<u>United States District Court Southern District of New York</u>

DUNKIN; DONUTS FRANCHISED RESTAURANTS, LLC
BASKIN-ROBBINS FRANCHISED SHOPS LLC
DD IP HOLDER LLC and BR IP HOLDER LLC
                              Plaintiffs,
V.                                                       Case No. 08 CV 0217
                                                          Judge Sweet

INNER CITY DOUGH, INC., et al
                              Defendants,

State of New York
County of Saratoga:
       The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on January 14th 2008 2:00 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the;

Summons, complaint, Individual practices of Judge Robert W. Sweet, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** Triple J 3 Donuts, Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY 12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark   Age (Approx.) 54
Height (Approx.) 5' 1" Weight (Approx.) 110 Other identifying features: Glasses

Sworn to before me this
14th day of January 2008

                                                                            Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

<u>United States District Court Southern District of New York</u>

DUNKIN; DONUTS FRANCHISED RESTAURANTS, LLC
BASKIN-ROBBINS FRANCHISED SHOPS LLC
DD IP HOLDER LLC and BR IP HOLDER LLC
                Plaintiffs,
V.                                       Case No. 08 CV 0217
                                          Judge Sweet

INNER CITY DOUGH, INC., et al
                Defendants,

---

State of New York
County of Saratoga:
      The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on January 14th  2008 2:00 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the;

Summons, complaint, Individual practices of Judge Robert W. Sweet, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** Urban City Dough, Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY  12207, two copies thereof and that at the time of making such service, deponent paid Secretary of  State a fee of  forty dollars.  That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female    Skin Color: white    Hair Color: dark    Age (Approx.) 54
Height (Approx.) 5' 1" Weight (Approx.) 110 Other identifying features: Glasses

Sworn to before me this
14th day of January 2008

                                                                     Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED
   RESTAURANTS LLC,
BASKIN-ROBBINS FRANCHISED
   SHOPS LLC,
DD IP HOLDER LLC and
BR IP HOLDER LLC,

         Plaintiffs,

           : Case No. 08-CV-00217 (RWS)

     v.

INNER CITY DOUGH, INC.,
SOUTH BRONX INNER CITY DOUGH, INC.,
TRIPLE J 3 DONUTS, INC.,
URBAN CITY DOUGH, INC. and
NANCY DAVIS,

         Defendants.

-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

     I hereby certify under penalty of perjury that on January 11, 2008 at 5:20 P.M. at 30 Rockefeller Plaza, New York, New York I served the summons and complaint, together with the Rules of Judge Robert W. Sweet, USDC/SDNY Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant NANCY DAVIS**, by delivering a true copy of each to **RUPA CHOWDHURY**, a person of suitable age and discretion. Said premises is Defendant's actual place of business.

     On January 14, 2008 I enclosed a copy of same in a postpaid envelope properly addressed to Defendant at Defendant's actual place of business at 21 Main Street, Suite 201, Hackensack, New Jersey 07601 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant.

     The person served was a male, white, 5'8", black hair, 40 years old, 170 pounds.

                                                                 RALPH ADDONIZIO

Sworn to before me this
14th day of January 2008.

                              IRIS PESKIN
                      Notary Public, State of New York
                          No. 01PE6151942
                      Qualified in Nassau County
                      Commission Expires August 28, 2010