Sweet /T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
BASKIN-ROBBINS FRANCHISED
  SHOPS LLC,
DD IP HOLDER LLC and
BR IP HOLDER LLC,

        Plaintiffs,

  v.

INNER CITY DOUGH, INC.,
SOUTH BRONX INNER CITY DOUGH, INC.,
TRIPLE J 3 DONUTS, INC.,
URBAN CITY DOUGH, INC. and
NANCY DAVIS,

        Defendants.
----------------------------------------x

08-CV-00217 (RWS)



2/1/08

RECEIVED
JAN 3 1 2008
JUDGE SWEET CHAMBERS

## STIPULATION

WHEREAS Plaintiffs DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, BASKIN-ROBBINS FRANCHISED SHOPS LLC, DD IP HOLDER LLC and BR IP HOLDER LLC filed a complaint on January 10, 2008.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel as follows:

1.    To extend the original time for Defendants to Answer from January 30, 2008 to February 13, 2008.

2.    That Defendants have made no previous requests for an extension.

1.

3. That Plaintiffs have agreed to extend the time for Defendants to Answer.

4. This So Ordered Stipulation embodies the entire agreement of the parties in this matter.

SO ORDERED:

New York, NY

_____
United States District Court Judge

1-31-08

Respectfully submitted,

_____
Robert Davis (RD 1494)
450 Seventh Avenue Suite 1304
New York, New York 10123
Telephone: (212) 268-7500
Facsimile: (212) 268-7533

*Attorney for Defendants*
Inner City Dough, Inc., South Bronx Inner City Dough, Inc., Triple J 3 Donuts, Inc., Urban City Dough, Inc. and Nancy Davis

_____
Ronald D. Degen (RD 7868)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, New York 10007
Telephone:  (212) 227-4530
Facsimile:  (212) 385-9813

Robert L. Zisk (RZ 1275)
David E. Worthen (DW 8519)
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.

2

        The Watergate
        2600 Virginia Avenue, N.W., Suite 1111
        Washington, DC 20037
        Telephone:  (612) 632-3000
        Facsimile:  (202) 625-3311

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised LLC,
Baskin-Robbins Franchised Shops LLC, DD IP
Holder LLC and BR IP Holder LLC

Dated: January 30, 2008