UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED RESTAURANTS
LLC, a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
a Delaware Limited Liability Company,
DD IP Holder LLC,
a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,
a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISING LLC,
a Delaware Limited Liability Company,
BR IP Holder LLC,
a Delaware Limited Liability Company, and
DB REAL ESTATES ASSETS I LLC,
a Delaware Limited Liability Company,

**APPEARANCE**

Case No. 08-CV-00217 (RWS)

                Plaintiffs,

   v.

INNER CITY DOUGH, INC.,
a New York Corporation,
SOUTH BRONX INNER CITY DOUGH INC.,
a New York corporation,
TRIPLE J 3 DONUTS, INC.,
a New York corporation,
URBAN CITY DOUGH, INC.,
a New York corporation,
NANCY DAVIS,
a resident of New Jersey,
DB DONUTS, INC.,
a New York corporation,
DB DONUTS II, INC.,
a New York corporation,
DB DONUTS IV, INC.,
a New York corporation,
DB DONUTS VI, INC.,
a New York corporation, and
DJENANE BARTHOLOMEW,
a resident of New Jersey.

                Defendants.
------------------------------------------------------------------------x
To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

     DB DONUTS, INC., a New York corporation, DB DONUTS II, INC., a
     New York corporation, DB DONUTS IV, INC., a New York corporation,

DB DONUTS VI, INC., a New York corporation, and DJENANE BARTHOLOMEW, a resident of New Jersey.

I certify that I am admitted to practice in this court.


Dated: February 12, 2008

                                        Lawrence A. Kushnick, Esq. [LAK 2146]
                                        KUSHNICK & ASSOCIATES, P.C.
                                        445 Broadhollow Road, Suite 124
                                        Melville, NY 11747
                                        631-752-7100
                                        Fax 631-777-7732