UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED RESTAURANTS
LLC, a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
a Delaware Limited Liability Company,
DD IP Holder LLC,
a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,
a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISING LLC,
a Delaware Limited Liability Company,
BR IP Holder LLC,
a Delaware Limited Liability Company, and
DB REAL ESTATES ASSETS I LLC,
a Delaware Limited Liability Company,

               Plaintiffs,

    v.

INNER CITY DOUGH, INC.,
a New York Corporation,
SOUTH BRONX INNER CITY DOUGH INC.,
a New York corporation,
TRIPLE J 3 DONUTS, INC.,
a New York corporation,
URBAN CITY DOUGH, INC.,
a New York corporation,
NANCY DAVIS,
a resident of New Jersey,
DB DONUTS, INC.,
a New York corporation,
DB DONUTS II, INC.,
a New York corporation,
DB DONUTS IV, INC.,
a New York corporation,
DB DONUTS VI, INC.,
a New York corporation, and
DJENANE BARTHOLOMEW,
a resident of New Jersey.

               Defendants.
--------------------------------------------------------------------x

**<u>NOTICE OF APPEARANCE</u>**

Case No. 08-CV-00217 (RWS)

To the Clerk of this court and all parties of record:

       Enter my appearance as counsel in this case for

       DB DONUTS, INC., a New York corporation, DB DONUTS II, INC., a
       New York corporation, DB DONUTS IV, INC., a New York corporation,

DB DONUTS VI, INC., a New York corporation, and DJENANE BARTHOLOMEW, a resident of New Jersey.

I certify that I am admitted to practice in this court.


Dated: February 15, 2008


_____
Vincent T. Pallaci, Esq. [VP 0801]
Kushnick & Associates, P.C.
445 Broad Hollow Road, Suite 124
Melville, New York 11747
Tel: 631-752-7100
Fax 631-777-7732