**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
RESTAURANTS, LLC,
a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
a Delaware Limited Liability Company,
DD IP Holder LLC,
a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISING LLC
a Delaware Limited Liability Company,
BR IP Holder LLC,
a Delaware Limited Liability Company,
DB REAL ESTATES ASSETS I LLC,
a Delaware Limited Liability Company,

       Plaintiffs,    Case No. 08-CV-00217 (RWS)

  - against -

INNER CITY DOUGH, INC.,
a New York Corporation,
SOUTH BRONX INNER CITY DOUGH,
INC.,
a New York Corporation,
TRIPLE J 3 DONUTS, INC.
a New York Corporation,
URBAN CITY DOUGH, INC.,
a New York Corporation,
NANCY DAVIS
a Resident of New Jersey,
DB DONUTS, INC.
a New York Corporation,
DB DONUT II, INC.,
a New York Corporation,
DB DONUTS IV, INC.,
a New York Corporation,
DB DONUTS VI, INC.,
a New York Corporation, and
DJENANE BARTHOLOMEW,
a Resident of New Jersey

       Defendants.
---------------------------------------------------------------------x

# CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1

Pursuant to Federal Rule 7.1 Defendants Inner City Dough, Inc. South Bronx Inner City Dough, Inc., Triple J 3 Donuts, Inc., Urban City Dough, Inc. and Nancy Davis make the following statement identifying all their parent corporations, and listing any publicly held company that owns 10% or more of their stock:

Defendants are unaware of any publicly held company that owns 10% or more of an ownership interest in them. Defendants are also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case which may have a financial interest in the outcome of this litigation.

Dated: February 25, 2008

                                              Respectfully submitted,

/s/Robert B. Davis_____
**ROBERT B. DAVIS** (RD 1494)

Attorney for Defendants
450 Seventh Avenue Suite 1304
New York, NY 10123
Tel:   (212) 268-7500
Fax:   (212) 268-7533
E-mail:robdavis32@nysbar.com