UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DUNKIN' DONUTS FRANCHISED RESTAURANTS
LLC, a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
a Delaware Limited Liability Company,
DD IP Holder LLC,
a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,        Case No. 08-CV-00217 (RWS)
a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISING LLC,
a Delaware Limited Liability Company,
BR IP Holder LLC,
a Delaware Limited Liability Company, and
DB REAL ESTATES ASSETS I LLC,
a Delaware Limited Liability Company,

                          Plaintiffs,

     v.

INNER CITY DOUGH, INC.,
a New York Corporation,
SOUTH BRONX INNER CITY DOUGH INC.,
a New York corporation,
TRIPLE J 3 DONUTS, INC.,
a New York corporation,
URBAN CITY DOUGH, INC.,
a New York corporation,
NANCY DAVIS,
a resident of New Jersey,
DB DONUTS, INC.,
a New York corporation,
DB DONUTS II, INC.,
a New York corporation,
DB DONUTS IV, INC.,
a New York corporation,
DB DONUTS VI, INC.,
a New York corporation, and
DJENANE BARTHOLOMEW,
a resident of New Jersey.

                          Defendants.
------------------------------------------------------------------------x

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1

    Pursuant to Federal Rule 7.1 Defendants, DB DONUTS, INC., DB DONUTS II, INC., DB

DONUTS IV, INC., DB DONUTS VI, INC., and DJENANE BARTHOLOMEW, are unaware of any publicly held company that owns 10% or more of an ownership interest in them.

KUSHNICK & ASSOCIATES, P.C.

By: /S/ *Lawrence A. Kushnick*
Lawrence A. Kushnick, Esq. [LAK 2146]
Attorneys for Defendants/Counterclaimants
*DB Donuts, Inc., DB Donuts II, Inc., DB Donuts IV, Inc., DB Donuts VI, Inc. and Djenane Bartholomew*
445 Broadhollow Road, Suite 124
Melville, NY 11747
(631) 752-7100

Dated: February 27, 2008