UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED                :
RESTAURANTS LLC, et al,
                                         :

            Plaintiffs,                  :
    v.                                          Case No. 08-CV-00217 (RWS)
                                         :
INNER CITY DOUGH, INC., et al.,
                                         :
            Defendants.
-------------------------------------------------------------x

### CERTIFICATE OF SERVICE

    I hereby certify, under penalty perjury, that on February 6, 2008 I served a copy of the First Amended Complaint by first class mail in a post paid wrapper addressed to each of the following:

Robert Davis, Esq.
450 Seventh Avenue Suite 1304
New York, New York 10123

Dated: February 6, 2008

                                         /Ronald D. Degen/
                                      RONALD D. DEGEN (RD 7808)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED :
RESTAURANTS LLC, et al.,
                                                             :
            Plaintiffs,
                                                             : Case No. 08-CV-00217 (RWS)
    v.
                                                             :
INNER CITY DOUGH, INC., et al.,
                                                             :
            Defendants.
                                                             :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

    I hereby certify under penalty of perjury that on February 7, 2008 at 12:15 P.M. at 130 Church Street, New York, New York, I served the amended summons and first amended complaint, together with the Rules of Judge Robert W. Sweet, USDC/SDNY Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, in the above-entitled action upon **Defendant DJENANE BARTHOLOMEW,** by delivering a true copy of each to **SAMINOU TIDSANI**, a person of suitable age and discretion. Said premises is Defendant's actual place of business.

    On February 7, 2008 I enclosed a copy of same in a postpaid envelope properly addressed to Defendant at Defendant's last known residence at 23 Dora Lane, Holmdel, New Jersey 07733 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant.

    The person served was a male, black, 5'5", black hair, 30 years old, 130-140 pounds.

                                                                  RALPH ADDONIZIO

Sworn to before me this
7th day of February 2008.

RONALD D. DEGEN
Notary Public, State of New York
No. 02DE4631588
Qualified in Queens County
Commission Expires Feb. 28, 2011

## United States District Court Southern District of New York

DUNKIN' DONUTS FRANCHISED
RESTAURANTS, LLC. Et al
      Plaintiffs,
-vs-                                     Case Number: 08-CV-00217 (RWS)

DB DONUTS, INC., et al
      Defendants,

State of New York
County of Saratoga:
    The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on February 11th 2008 2:40 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Amended summons, first amended complaint, individual practices of Judge Robert W. Sweet, USDC;SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** DB Donuts, Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark Age (Approx.) 54
Height (Approx.) 5' 1"    Weight (Approx.) 110    Other identifying features: glasses

Sworn to before me this
12th day of February 2008

                                                                    Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

United States District Court Southern District of New York

DUNKIN' DONUTS FRANCHISED
RESTAURANTS, LLC. Et al
    Plaintiffs,
-vs-
                                       Case Number: 08-CV-00217 (RWS)

DB DONUTS, INC., et al
    Defendants,

State of New York
County of Saratoga:
    The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on February 11th 2008 2:40 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Amended summons, first amended complaint, individual practices of Judge Robert W. Sweet, USDC;SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** DB Donuts, II, Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL* Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark Age (Approx.) 54
Height (Approx.) 5' 1"   Weight (Approx.) 110   Other identifying features: glasses

Sworn to before me this
12th day of February 2008

                                                                   Sara Grice

Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

United States District Court Southern District of New York

DUNKIN' DONUTS FRANCHISED
RESTAURANTS, LLC. Et al
    Plaintiffs,
-vs-                              Case Number: 08-CV-00217 (RWS)

DB DONUTS, INC., et al
    Defendants,

State of New York
County of Saratoga:
    The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on February 11th 2008 2:40 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Amended summons, first amended complaint, individual practices of Judge Robert W. Sweet, USDC;SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** DB Donuts, IV Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL* Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark Age (Approx.) 54
Height (Approx.) 5' 1"   Weight (Approx.) 110   Other identifying features: glasses

Sworn to before me this
12th day of February 2008

_____
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

                                                                          Sara Grice

United States District Court Southern District of New York

DUNKIN' DONUTS FRANCHISED
RESTAURANTS, LLC. Et al
    Plaintiffs,
-vs-                                    Case Number: 08-CV-00217 (RWS)

DB DONUTS, INC., et al
    Defendants,

State of New York
County of Saratoga:
    The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on February 11th 2008 2:40 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Amended summons, first amended complaint, individual practices of Judge Robert W. Sweet, USDC;SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing,

**On:** DB Donuts, VI Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL* Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark Age (Approx.) 54
Height (Approx.) 5' 1"   Weight (Approx.) 110   Other identifying features: glasses

Sworn to before me this
12th day of February 2008

_____
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

_____
Sara Grice