UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
DUNKIN' DONUTS FRANCHISED                                    :
RESTAURANTS LLC, *et al.*,                                   :
                                                             :
        Plaintiffs,                                :
   v.                                                    :  Case No. 08-CV-00217 (RWS)
                                                             :
INNER CITY DOUGH, INC., *et al.*,                            :
                                                             :
        Defendants.                                :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury, that on March 18, 2008, I served **PLAINTIFFS' REPLY TO DEFENDANTS DB DONUTS, INC., DB DONUTS II, INC., DB DONUTS IV, INC., DB DONUTS VI, INC., AND DJENANE BARTHOLOMEW'S COUNTERCLAIMS** by electronic means in accordance with the procedures promulgated by this Court and in conformity with Local Civil Rule 5.2, and I received a confirmation from the Court that it had been transmitted, upon each of the following:

    Robert B. Davis, Esq.
    robdavis32@nysbar.com

    Lawrence A. Kushnick, Esq.
    lak@nyconstructionlaw.com

    Vincnet Thomas Pallaci
    vtp@nyconstructionlaw.com

    Djenane Bartholomew
    lak@kushnick.com


March 18, 2008

                                                          /s/ Ronald D. Degen _____
                                                          Ronald D. Degen (RD 7808)