UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.* | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-CV-00217 (RWS) |
| INNER CITY DOUGH, INC., *et al.*, | : | NOTICE OF MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u> |
| Defendant. | : | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed certifications Ronald D. Degen and Iris Figueroa Rosario in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Robert W. Sweet at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of movant, an attorney at the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A. and a member in good standing of the bar of the District of Columbia as attorney, <u>pro hac vice</u> to argue or try this case in whole or in part as counsel.

                Respectfully submitted,

             By: /s/ Ronald D. Degen
               Ronald D. Degen, Esq. (RD 7808)
               O'ROURKE & DEGEN, PLLC
               225 Broadway, Suite 715
               New York, N.Y. 10007
               Telephone: (212) 227-4530
               Facsimile: (212) 385-9813
               E-mail:  rdegen@odlegal.com

Dated: March 24, 2008      ATTORNEY FOR ALL PLAINTIFFS

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.* | : CERTIFICATION OF RONALD D. DEGEN IN SUPPORT OF MOTION TO ADMIT IRIS FIGUEROA |
| Plaintiffs, | : ROSARIO AS COUNSEL PRO HAC VICE |
| v. | : |
| INNER CITY DOUGH, INC., *et al.*, | : C.A. No. 08-CV-00217 (RWS) |
| Defendant. | : |

-----------------------------------------------------------------x

RONALD D. DEGEN hereby certifies the following:

1. I am a member of the firm of O'Rourke & Degen, PLLC, attorneys for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts herein and in support of Plaintiffs' motion to admit David E. Worthen as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law at the October 1970 Term of the Second Judicial Department. I also was admitted to the bar of the United States District Court for the Southern District of New York on April 20, 1972, and I am in good standing with this Court.

3. I have known Iris Figueroa Rosario for more than 4 years.

4. Ms. Rosario is an associate with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A.

5. I have found Ms. Rosario to be a skilled attorney and a person of integrity. She is experienced in Federal practice and with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Iris Figueroa Rosario, pro hac vice.

2

7.  I respectfully submit herewith a proposed order granting the admission of Iris Figueroa Rosario, pro hac vice.

8.  I certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed on this 24th day of March, 2008.

*Ronald D. Degen*
Ronald D. Degen (RD 7808)

2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.* : | |
| Plaintiffs, : | |
| v. : | C.A. No. 08-CV-00217 (RWS) |
| INNER CITY DOUGH, INC., *et al.*, : | CERTIFICATION OF IRIS FIGUEROA ROSARIO |
| Defendant. : | MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u> |

-----------------------------------------------------------------x

1.  My name is Iris Figueroa Rosario. I am a citizen and resident of the Commonweatlh of Virginia. I submit this Certification in support of the Motion for Admission <u>Pro Hac Vice</u> for the purpose of representing all Plaintiffs ("Dunkin'") in the above-captioned case.

2.  I am an associate in the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, Northwest – Suite 1111, Washington, DC 20037. Gray, Plant, Mooty, Mooty & Bennett, P.A. is the national litigation counsel for Dunkin' organizations with their principal place of business in Canton, Massachusetts. Gray, Plant, Mooty, Mooty & Bennett, P.A. handles every aspect of litigation on behalf of Plaintiffs, including franchise cases, employment cases, contract cases, trademark cases, and others. I have represented Plaintiffs in cases of this nature in the past.

3.  I am a member in good standing of the bars of the District of Columbia Court of Appeals, United States District Court for the District of Columbia, the Supreme Court for the Commonwealth of Virginia, the United States District Court for the Eastern District of Virginia, the United States Court of Appeals for the First Circuit, the United

States Court of Appeals for the Fourth Circuit, and the United States Court of Appeals for the Eleventh Circuit.

    4.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

    5.    I have never been disciplined or denied admission by any jurisdiction.

I certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed on this 21st day of March, 2008.

_____
Iris Figueroa Rosario



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

## IRIS F. ROSARIO

was on the 8th day April, 2002 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 21, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify, under penalty perjury, that on March 24, 2008 I served a copy of the Motion for Admission *Pro Hac Vice* for Iris Figueroa Rosario, supporting papers and proposed order by first class mail in a post paid wrapper addressed to each of the following:

Robert B. Davis, Esq.
450 Seventh Avenue, Suite 1304
New York, New York  10123

Lawrence A. Kushnick, Esq.
445 Broad Hollow Road, Suite 124
Melville, New York 11747

/RONALD D. DEGEN (RD 7808)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED               :
  RESTAURANTS LLC, *et al.*

               Plaintiffs,        :

     v.                                     :    C.A. No. 08-CV-00217 (RWS)

INNER CITY DOUGH, INC., *et al.*,        :    ORDER TO ADMIT
                                                              COUNSEL PRO HAC VICE
               Defendant.          :
------------------------------------------------------------x

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, Iris Figueroa Rosario, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: _____, 2008.

                                                         SO ORDERED,


                                                         _____
                                                         United States District Judge