UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED : 
RESTAURANTS LLC, et al.

              Plaintiffs, :

       v. :   C.A. No. 08-CV-00217 (RWS)

INNER CITY DOUGH, INC., et al., :   NOTICE OF MOTION TO
                                                    ADMIT COUNSEL PRO
              Defendant. :   HAC VICE
------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the annexed certifications of Ronald D. Degen and David E. Worthen in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Robert W. Sweet at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of David E. Worthen, an attorney at the firm of Gray, Plant, Mooty, Mooty & Bennett, P.A. and a member in good standing of the bar of the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

                        Respectfully submitted,

                   By: _____
                      Ronald D. Degen, Esq. (RD 7808)
                      O'ROURKE & DEGEN, PLLC
                      225 Broadway, Suite 715
                      New York, N.Y. 10007
                      Telephone: (212) 227-4530
                      Facsimile: (212) 385-9813
                      E-mail: rdegen@odlegal.com

Dated: March 24, 2008           ATTORNEY FOR ALL PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.* : | **CERTIFICATION OF RONALD D. DEGEN IN SUPPORT OF MOTION TO ADMIT DAVID E. WORTHEN** |
| Plaintiffs, : | **AS COUNSEL PRO HAC VICE** |
| v. : | C.A. No. 08-CV-00217 (RWS) |
| INNER CITY DOUGH, INC., *et al.*, : | |
| Defendant. : | |

------------------------------------------------------------x

RONALD D. DEGEN hereby certifies the following:

1. I am a member of the firm of O'Rourke & Degen, PLLC, attorneys for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts herein and in support of Plaintiffs' motion to admit David E. Worthen as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law at the October 1970 Term of the Second Judicial Department. I also was admitted to the bar of the United States District Court for the Southern District of New York on April 20, 1972, and I am in good standing with this Court.

3. I have known David E. Worthen for more than 10 years.

4. Mr. Worthen is a principal with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A.

5. I have found Mr. Worthen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of David E. Worthen, pro hac vice.

7. I respectfully submit herewith a proposed order granting the admission of David E. Worthen, pro hac vice.

2

8.  I certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed on this 24th day of March, 2008.

_____
/Ronald D. Degen (RD 7808)

Case 1:08-cv-00217-RWS    Document 21    Filed 03/25/2008    Page 3 of 8

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, *et al.* | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 08-CV-00217 (RWS) |
| INNER CITY DOUGH, INC., *et al.*, | : | CERTIFICATION OF DAVID E. WORTHEN |
| Defendant. | : | MOTION TO ADMIT COUNSEL <u>PRO HAC VICE</u> |

-----------------------------------------------------------------x

1. My name is David E. Worthen. I am a citizen and resident of the Commonweatlh of Virginia. I submit this Certification in support of the Motion for Admission <u>Pro Hac Vice</u> for the purpose of representing all Plaintiffs ("Dunkin'") in the above-captioned case.

2. I am a principal in the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, Northwest – Suite 1111, Washington, DC 20037. Gray, Plant, Mooty, Mooty & Bennett, P.A. is the national litigation counsel for Dunkin' organizations with their principal place of business in Canton, Massachusetts. Gray, Plant, Mooty, Mooty & Bennett, P.A. handles every aspect of litigation on behalf of Plaintiffs, including franchise cases, employment cases, contract cases, trademark cases, and others. I have represented Plaintiffs in cases of this nature in the past.

3. I am a member in good standing for the United States District Court for the District of Columbia, State of Connecticut, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the

Eleventh Circuit, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Central District of Illinois, the United States District Court for the District of Colorado, and the United States District Court for the District of Maryland.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have never been disciplined or denied admission by any jurisdiction.

I certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. Executed on this 21st day of March, 2008.

_____
David E. Worthen



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DAVID E. WORTHEN

was on the  5th  day  May, 1994
duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 21, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty perjury, that on March 24, 2008 I served a copy of the Motion for Admission *Pro Hac Vice* for David E. Worthen, supporting papers and proposed order by first class mail in a post paid wrapper addressed to each of the following:

    Robert B. Davis, Esq.
    450 Seventh Avenue, Suite 1304
    New York, New York 10123

    Lawrence A. Kushnick, Esq.
    445 Broad Hollow Road, Suite 124
    Melville, New York 11747

    */s/ Ronald D. Degen*
    RONALD D. DEGEN (RD 7808)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED           :
 RESTAURANTS LLC, *et al.*

    Plaintiffs,                :

v.                                  :  C.A. No. 08-CV-00217 (RWS)

INNER CITY DOUGH, INC., *et al.*,   :  ORDER TO ADMIT
              COUNSEL PRO HAC VICE

    Defendant.               :
------------------------------------------------------------x

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, David E. Worthen, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: _____, 2008.

            SO ORDERED,


            _____
            United States District Judge