UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED      :
RESTAURANTS LLC, *et al.*

           Plaintiffs,    :

v.    :    C.A. No. 08-CV-00217 (RWS)

INNER CITY DOUGH, INC., *et al.*,    :    ORDER TO ADMIT
                                                 COUNSEL PRO HAC VICE

           Defendant.    :
------------------------------------------------------------x

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/28/08]

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, Iris Figueroa Rosario, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee within 10 business days.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: __3·27__, 2008.

                                                SO ORDERED,

                                               _____
                                               United States District Judge