UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

DUNKIN' DONUTS FRANCHISED RESTAURANTS,
LLC, ET AL.,

                Plaintiffs,

   - against -

INNER CITY DOUGH, INC., ET AL.,

                Defendants.

------------------------------------------X

08 Civ. 217 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

Sweet, D.J.,

        Plaintiffs' Motion for a Preliminary Injunction, dated April 1, 2008, will be heard at noon on Wednesday, April 23, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
April 3, 2008

                                     ROBERT W. SWEET
                                        U.S.D.J.