UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED
RESTAURANTS, LLC, *et. al.*,

                                    Plaintiffs,        Case No. 08-CV-00217 (RWS)

v.

INNER CITY DOUGH, INC., *et, al.*

                                    Defendants.

### NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

     Please enter the withdrawal of Robert B. Davis, of the Law Office of Robert B. Davis as counsel of record in this case for co-defendants INNER CITY DOUGH, INC., SOUTH BRONX INNER CITY DOUGH, INC. TRIPLE J 3 DONUTS, INC., URBAN CITY DOUGH, INC., and NANCY DAVIS.

                                              Respectfully submitted,

                                              LAW OFFICE OF ROBERT B. DAVIS

                                              By: _____
                                                  Robert B. Davis (RD-1494)

Dated: April 10, 2008