UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x



DUNKIN' DONUTS FRANCHISED   Case No. 08-CV-00217 (RWS)
RESTAURANTS, LLC, et. al.,
       Plaintiffs

v.                                                   ORDER

INNER CITY DOUGH, INC., et. al,,
       Defendants
-------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    This day came, ROBERT B. DAVIS, on behalf of the law firm of LAW OFFICE OF ROBERT B. DAVIS, and requested leave to withdraw as counsel for defendant INNER CITY DOUGH, INC., SOUTH BRONX INNER CITY DOUGH, INC. TRIPLE J 3 DONUTS, INC, and NANCY DAVIS, in the above-styled action.

    UPON CONSIDERATION WHEREOF, it appearing to the Court that timely notice of the time and place of said motion was given to INNER CITY DOUGH, INC., et. al,, withdrawing counsel's client in this action, and that good cause for such withdrawal has been shown, leave is hereby granted to LAW OFFICE OF ROBERT B. DAVIS to withdrawal as counsel for INNER CITY DOUGH, INC., et. al, in this action.

                ENTER:

                DATE:   4-14-08