UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DUNKIN' DONUTS FRANCHISED RESTAURANTS
LLC, a Delaware Limited Liability Company,
DUNKIN' DONUTS FRANCHISING LLC,
a Delaware Limited Liability Company,
DD IP Holder LLC,
a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISED SHOPS LLC,
a Delaware Limited Liability Company,
BASKIN-ROBBINS FRANCHISING LLC,
a Delaware Limited Liability Company,

BR IP Holder LLC,
a Delaware Limited Liability Company, and
DB REAL ESTATES ASSETS I LLC,
a Delaware Limited Liability Company,

                Plaintiffs,

   v.

INNER CITY DOUGH, INC.,
a New York Corporation,
SOUTH BRONX INNER CITY DOUGH INC.,
a New York corporation,
TRIPLE J 3 DONUTS, INC.,
a New York corporation,
URBAN CITY DOUGH, INC.,
a New York corporation,
NANCY DAVIS,
a resident of New Jersey,
DB DONUTS, INC.,
a New York corporation,
DB DONUTS II, INC.,
a New York corporation,
DB DONUTS IV, INC.,
a New York corporation,
DB DONUTS VI, INC.,
a New York corporation, and
DJENANE BARTHOLOMEW,
a resident of New Jersey.

                Defendants.
-----------------------------------------------------------x



Case No. 08-CV-00217 (RWS)



STIPULATION

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record for the parties herein that the hearing on plaintiffs' motion for a

preliminary injunction, currently scheduled for April 23, 2008, be, and the same hereby is, adjourned to May 7, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that facsimile signatures hereon shall have the same binding effect as the originals thereof.

Dated: April 22, 2008

KUSHNICK & ASSOCIATES, P.C.

By: _____
Lawrence A. Kushnick, Esq.
Attorneys for Bartholomew Defendants
445 Broad Hollow Road, Suite 124
Melville, New York 11747
(631) 752-7100

GRAY PLANT MOOTY

By: _____
David E. Worthen, Esq.
Attorneys for Plaintiffs
2600 Virginia Ave. N.W. Ste. 1111
Washington, D.C. 20037
(202) 295-2204

SO ORDERED:

_____
HON. ROBERT W. SWEET

4-23-08